IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Cr. No. 2:23CR20170-002 |
| Plaintiff, | ) | |
| | ) | and |
| v. | ) | |
| | ) | RC. No. 2:25rc00014 |
| Ricky BROOKS | ) | |
| | | |
| Offender. | | |

**ORDER RELEASING PARTICIPANT FROM THE REENTRY COURT PROGRAM FOR SUCCESSFUL COMPLETION OF PROGRAM**

In November 2024 the above-named Offender began the Court's Reentry Court Program. The Reentry Court Team has recommended that the Offender be released due to his **successful** completion in the Reentry Court Program.

**IT IS ORDERED** that the Offender, for good cause shown and upon the recommendation of the Reentry Court Team, should be and is hereby released as a participant in the Reentry Court Program.

**IT IS ORDERED FURTHER** that this case is transferred from the Reentry Court to the Sentencing Judge, the Honorable John T. Fowlkes, Jr., for further action of the Court and administration under the original conditions of supervision.

**DATED** this 13th day of November, 2025.

*s/John T. Fowlkes, Jr.*
Senior United States District Judge